UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN SHARROCK and JOHNNIE SHARROCK<br><br>Plaintiffs,<br><br>v.<br><br>DAUGHTERS OF MIRIAM<br><br>Defendant. | Civil Action No. 15-7164 (KM)<br><br>**ORDER TO SHOW CAUSE** |

**KEVIN MCNULTY, U.S.D.J.:**

**IT APPEARING** that Plaintiffs, Shawn Sharrock and Johnnie Sharrock initiated this action by filing a Complaint and Application to proceed in forma pauperis in this Court on September 29, 2015 (ECF 1); it further

**APPEARING** that the Plaintiffs were granted permission to proceed in forma pauperis and Plaintiffs were directed to complete a USM 285 Form on October 2, 2015 (ECF No. 3-4); it further

**APPEARING** that there is no record that Plaintiffs completed the USM 285 Forms within 30 days; Plaintiffs did not notify the Court in writing within 30 days to request a summons to be issued directly to Plaintiffs; and there has been no service of Summons and Complaint with 120 days of the filing of the Complaint; and it further

**APPEARING** that there is no activity since October 2, 2015;

**IT IS** on this 10th day of February, 2016,

**ORDERED** that Plaintiffs shall **SHOW CAUSE** in writing by March 10, 2016 why Plaintiffs' Complaint should not be dismissed for lack of prosecution; it is further

**ORDERED** that Plaintiffs' failure to **SHOW CAUSE** in writing by March 10, 2016 will result in the dismissal of Plaintiff's Complaint for lack of prosecution without prejudice, and it is further

**ORDERED** the Clerk of the Court shall send a copy of this Order to the Plaintiffs by regular and certified mail.

                                                            _____
                                                            **HON. KEVIN MCNULTY**
                                                            **United States District Judge**