UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN SHARROCK and JOHNNIE SHARROCK | Civil Action No. 15-7164 (KM) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| DAUGHTERS OF MIRIAM | |
| Defendant. | |

**KEVIN MCNULTY, U.S.D.J.:**

**IT APPEARING** that Plaintiffs, Shawn Sharrock and Johnnie Sharrock, initiated this action by filing a Complaint and Application to proceed in forma pauperis in this Court on September 29, 2015 (ECF 1); it further

**APPEARING** that the Plaintiff was granted permission to proceed in forma pauperis and Plaintiffs were directed to complete a USM 285 Form on October 2, 2015 (ECF No. 3-4); it further

**APPEARING** that there is no record that Plaintiffs completed the USM 285 Forms within 30 days; Plaintiffs did not notify the Court in writing within 30 days to request a summons to be issued directly to Plaintiffs; and there has be no service of Summons and Complaint within 120 days of the filing of the Complaint; and it further

**APPEARING** that Plaintiffs have failed to Show Cause in writing by February 10, 2016 why Plaintiffs' Complaint should not be dismissed for lack of prosecution (ECF No. 5);

**IT IS** on this 24th day of March, 2016,

**ORDERED** that Plaintiffs' Complaint is dismissed without prejudice for lack of prosecution.

**IT IS FURTHER ORDERED** that the Clerk of the Court close its file in this matter.

_____
HON. KEVIN MCNULTY
United States District Judge